PETER S. DOODY, ESQ. (Bar No. 127653)
doody@higgslaw.com
JOSEPH J. KAGAN, ESQ. (Bar No. 306534)
kaganj@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
NAVAJO EXPRESS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS NOE MENJIVAR and MARIA MARIBEL MENJIVAR,<br><br>Plaintiffs,<br><br>v.<br><br>NAVAJO EXPRESS, INC.; GERRICK MARQUISE ANDERSON and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO. _____<br><br>**DECLARATION OF PETER S. DOODY, ESQ. IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332, 1441, AND 1446 (DIVERSITY JURISDICTION)**<br><br>Case Filed: February 14, 2019 |

I, PETER S. DOODY, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court and all Courts of the State of California. I am a partner in the law firm of Higgs Fletcher & Mack LLP, counsel for Defendant NAVAJO EXPRESS, INC. ("NEI") in the above-captioned matter. I am over the age of 18, have personal knowledge of the matters set forth herein, and I could and would testify competently thereto if called upon as a witness.

2. I offer this Declaration in support of NEI's Notice of Removal of Action pursuant to 28 U.S.C. sections 1332, 1441, and 1446 (diversity jurisdiction).

/ / /

3. On February 14, 2019, Plaintiffs ELIAS NOE MENJIVAR and MARIA MARIBEL MENJIVAR ("Plaintiffs") filed a Complaint against NEI in the Superior Court of the State of California, County of Los Angeles, entitled *Elias Noe Menjivar, et al. v. Navajo Express, Inc., et al.*, Case No. 19STCV05037.

4. In their Form Complaint, Plaintiff alleges two causes of action arising out of an alleged February 22, 2018 motor vehicle accident, including: (1) motor vehicle negligence, and (2) general negligence. As a result of the motor vehicle accident, Plaintiffs allege they each sustained serious personal injury.

5. On March 4, 2019, service of the Summons and Complaint was effectuated on NEI. NEI has not answered or otherwise responded to Plaintiffs' Complaint in the Superior Court of the State of California, County of Los Angeles.

6. This Notice of Removal is timely. NEI was served on March 4, 2019. This Notice of Removal was thus filed within the 30-day statutory period for filing. 28 U.S.C. § 1446(b).

7. Attached to this Declaration and identified as **Exhibit A** is a true and correct copy of the Summons and pleadings which were served upon NEI.

8. At the time of the incident and continuing, Plaintiff Elias Noe Menjivar was and still is a resident of the State of California.

9. At the time of the incident and continuing, Plaintiff Maria Maribel Menjivar was and still is a resident of the State of California.

10. At the time of the incident and at the time of removal, Defendant Navajo Express, Inc. was and is a corporation organized and incorporated under the laws of the State of Colorado, with its principal place of business in Denver, Colorado.

11. At the time of the incident and at the time of removal, unserved Defendant Gerrick Marquise Anderson was and is a resident of the State of Arizona.

///

12. NEI is the only named defendant who has been served with a Summons and Complaint in this case. NEI consents to removal of this action to the United States District Court for the Central District of California.

13. Venue is proper in this Court because, according to Plaintiffs' Complaint, the alleged motor vehicle accident that is the subject of this lawsuit occurred in Panorama City, County of Los Angeles, California. In addition, Plaintiffs originally filed their Complaint in the Superior Court of California, County of Los Angeles, which is located within the Central District of California. Thus, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 114(a).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 26th day of March 2019, at San Diego, California.

/s/ *Peter S. Doody*
PETER S. DOODY